# UNITED STATES DISTRICT COURT
## for the
### Northern District of California
_____ Division

ABDUL KAREEM KHAN,

Case No. CV 23-0816

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)* ✔ Yes ☐ No

-v-

TWITTER, INC., a corporation,

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Abdul Kareem Khan |
   | Street Address | Khan House, South Bazaar |
   | City and County | Kannur |
   | State and Zip Code | Kerala 670 002, India |
   | Telephone Number | +91 497 2931257 |
   | E-mail Address | movie_song@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Twitter, Inc. (a Delaware corporation)
- Job or Title (if known):
- Street Address: 1355 Market Street, Suite 900
- City and County: San Francisco
- State and Zip Code: California 94103, USA
- Telephone Number: +1 415 2229670
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question      [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* Abdul Kareem Khan, is a citizen of the State of *(name)* Kerala, India.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* Twitter, Inc. , is incorporated under the laws of the State of *(name)* Delaware , and has its principal place of business in the State of *(name)* California.

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
US $ 15 Million.

The defendant caused the plaintiff emotional damages, anguish and physical ailments, loss of nest egg and sources of income, and loss of job and livelihood. The defendant violated the privacy and security of the plaintiff.

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.
Statement of Claim briefly set forth in two pages is attached separately.

Also attached are the copies of: (i) email request the plaintiff sent to the defendant on February 05, 2022, and (ii) notice of August 11, 2022 the plaintiff sent to the defendant in both soft and hard copies (while the defendant refused to accept the hard copy of notice sent through regular mail, soft copy has been successfully deleivered through the GMail ID of the defendant's former Chairman of the Board).

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For the emotional damages that the defendant has caused the plaintiff, due to which the plaintiff has also suffererd - and has still been suffering - professional and financial losses, loss of savings and income, loss of job and livelihood, and anguish and physical ailments, the plaintiff would like to claim through this Court a compensation of US$ 15 million from the defendant.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   12/21/2022

Signature of Plaintiff   *Abdul Km Khan*

Printed Name of Plaintiff   Abdul Kareem Khan

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Serious Allegation

From:   Kareem Khan. (movie_song@yahoo.com)

To:     paraga@twitter.com

Date:   Saturday, February 5, 2022, 10:47 AM GMT+5:30

Dear Mr Parag Agarwal:

Please see the attached pictures (more pictures can be forwarded if needed). Very briefly and with only relevant key points, I would like to bring to your attention a complaint against your organization.

I have very good reasons to believe that the user of Twitter handle @EmWatsonUpdates (I am not sure if it is any dishonest individual or individuals or any fraudulent group or a team), which, as the name implicates, tweets on actor Emma Watson, has been prying on me for over 1 ½ years now.

I do not follow this user on Twitter nor this user directly follows me. Never ever I tweeted to this user, nor retweeted this user's tweet, nor liked any tweet, nor replied to this user. Never the user directly followed me nor replied to me as well. But this user seems to be regularly and persistently chasing my both personal and professional Twitter handles, perhaps by using bots (sometimes I could see unidentifiable likes or retweets of my tweets). The user seemed to have fully understood of my routines, my activities on social media, and even my personal likes and dislikes. In the beginning, this user chased my professional Twitter handle and later found out my personal (as an individual) handle as well.

I am very active on Twitter. Whenever I tweet, in a day or two I receive in my email inbox the highlight notifications from your Organization to SPECIFICALLY notify me OF THIS USER @EmWatsonUpdates' tweets which always seem to be intended to cause annoyance to me or to indirectly counter me.

Initially I thought I might have long back clicked on this Twitter handle and your Organization is sending me email notifications as part of your Organization's promotions. But after a careful analysis, the case seems to be different. I have a feeling that this could be a paid service offered by your Organization to the user of @EmWatsonUpdates. I do not see any other reason as to why your Organization should specifically choose the tweets of this user and regularly email me as highlights and spam my inbox.

This user's sole intention seems to be inflicting emotional damages to me, for which purpose this user seems like misusing and abusing the paid service offered by your Organization. I would like to say that, by emailing me regularly to notify me of this user's tweets, your Organization is also as equally responsible for the emotional damages caused me so far.

Through her talent agent in the USA, I had also once asked the actor to act on this issue. But as your Organization kept spamming my email inbox, I even had to change the email ID.

Now, before I take any further action, it would be very kind of you if you could investigate the matter and enlighten me.

I am looking forward to hearing from you.

Best,

Kareem Khan

Khan House
South Bazaar
Kannur, KL 670 002
India

Twitter Handle: https://twitter.com/lifeontopMED

Twitter Highlights1.jpg
185.5kB

Twitter Highlights2.jpg
167.5kB

Twitter Highlights3.jpg
129.6kB

Twitter Highlights4.jpg
157.6kB

Twitter Highlights5.jpg
171.9kB

Kannur, India
August 11, 2022

The Board of the Company
TWITTER, INC.
1355 Market Rd  Ste 900
San Francisco, CA 94103-1337
USA.

Dear Sirs:

**COMPENSATION OF US$ 15 MILLION FOR PRIVACY & SECURITY VIOLATIONS**

I would like to make a reference to my previous complaint of February 05, 2022 (copy attached), which I addressed to the Chief Executive Officer, Twitter, Inc. I requested to take necessary steps to stop emailing me Twitter highlights notifications on tweets specifically by the Twitter handle @EmWatsonUpdates (EWU). As you can discern from it, the reason for my complaint was the invisible plotters who owned the Twitter handles of EWU and @emmawatsonnet managed by Emma-Watson.net (EWN) had been anonymously tracking and chasing my Internet activities from as early as August 2020.

Without unsubscribing to your 'highlights notifications', I waited to see as to what steps you would be taking. Six months on since my previous complaint, you have not yet taken any solid action, nor has given me any reply, nor has given me any explanation. On the contrary, immediately after the above mentioned request, instead of taking action on the reported matter, you had my inbox spammed more and more with bulk twitter notifications from multiple twitter handles related to the same kind of rubbish stuff the EWU focussed on. It caused me severe emotional pain. There were days when my inbox was filled with up to ten emails in a single day! On March 8 and 9, 2022 alone you spammed my inbox with twenty emails! My IP address was also tracked. Plotters are still continuing their rampage and harassing me.

And all these are when you concurrently run your advertisement on your platform (Twitter) itself to encourage your users to report bullying! What a hypocrisy on your part!

I now have strong reasons and evidences to believe that you have been facilitating the plotters (EWU and EWN) stalk and passively bully me. I believe, as a payment service, you deliberately help them carry out such activities and thus you let yourself deliberately engage in immoral and shameful practice of privacy and security breaching.

Your unethical business practice has caused me severing my ties with some people, developing insomnia and cardiac arrhythmia, and most importantly, caused me emotional damages.

I want you to pay me US$ 15 million in compensation for all the emotional damages and physiological conditions I went through and still going through due to your insensitivity.

And I am yet to ascertain other damages; whether your greed for money has ever helped the plotters remotely hack at some point of time my laptop, cell phones, and the router.

Best,

Kareem Khan

Khan House
South Bazaar
Kannur, KL 670 002
India

E-mail: movie_song@yahoo.com


CC:

1.  Ms Lina M Khan, Chair of the Federal Trade Commission, USA

2.  Ms Vanita Gupta, Associate Attorney General, US Department of Justice

3.

## Statement of Claim

### Claim I

Since August 2020, the defendant is constantly engaged in tortious act of intentional infliction of emotional damages to the plaintiff, for which purpose the defendant is misusing tweets of a few specific twitter handles that focus on contents related to a British model and actor, and is continuously and abnormally emailing these tweets as highlights notifications to the plaintiff.

### Claim II

The emotional injuries and sleeping difficulty due to such callous and unethical activity by the defendant have made the plaintiff unable to focus on his professional activities, caused him to be out of work, and made his personal funds and savings fully exhausted. The plaintiff has suffered – and has still been suffering – extreme professional and financial troubles, and physical ailments.

### Claim III

In July/August 2021, with money borrowed from close people, the plaintiff embarked on producing a music video but the defendant derailed plaintiff's concentration on work and activities. As a result, control over the project expenditure got lost which ultimately increased the production cost, completion of the project got delayed, and one of the versions of the song could not be launched the way it should be because of which the song had to be taken down from music stores due to the lack of publicity and non-performance. It also resulted in the postponement of post-production works and release of the main version of the song due to the lack of further funds. All these made and still making the plaintiff unable to pay even for debts, which is causing him a lot of mental strain and distress. Throughout his past life, the plaintiff rarely borrowed money from others and if borrowed, rarely he failed to pay on time.

### Claim IV

With the then Chief Executive Officer of the defendant as addressee, the plaintiff emailed a message to the defendant on February 05, 2022, requesting to seriously look into the issue of passive bullying and harassment. Instead of taking corrective measures to rectify the situation, the defendant revengefully engaged in more harassment by increasing the volume

of such highlights notifications and spamming plaintiff's email inbox more than ever before that date. Defendant's lack of empathy has very adversely affected plaintiff's emotions, creativity and productivity which in turn made him out of work, and lose sources of income and livelihood.

**Claim V**

Plaintiff's freedom of expression was under attack and interrupted. The plaintiff had to change his main email ID that was provided to defendant's social media platform as the defendant kept spamming it and caused him emotional injuries, and he halted accessing to the changed email ID. The plaintiff also self-limited his interactions not only on Twitter platform but also on other social media platforms in order to safeguard himself from being stalked and harassed more.

**Claim VI**

Through such highlights notification email on March 21, 2022, the defendant did also hurt plaintiff's religious sentiments and caused him very deep embarrassment.

**Claim VII**

For the benefit of mankind, since 2005 the plaintiff has been working hard to set up a biomedical and biopharmaceutical organization to initiate clinical research and clinical trials to materialize his dream project of Lifeontop Medicine, the disruptive treatment regime with unified medicine to improve health span throughout one's lifespan. For its propagation and awareness, and educating masses, he was always spending a part of his earnings, time, and energy without any monetary returns so far. Even that relentless work he was tirelessly carrying out for such a long time of seventeen years has now been stalled for the lack of earnings and derailment of focus on this professional and humanitarian activity.

**Claim VIII**

The defendant has violated privacy and security of the plaintiff by intruding into plaintiff's emotional, professional, financial, and social life, and interrupted his progress and well-being in these spheres for more than two years now and still interrupting.

If undelivered, please return to:

KAREEM KHAN
KHAN HOUSE
SOUTH BAZAAR
KANNUR, KL 670002
INDIA



RECEIVED
FEB 2 2 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

MR MARK B. BUSBY
CLERK OF COURT
OFFICE OF THE CLERK
US DISTRICT COURT
450 GOLDEN STATE AVENUE
SAN FRANCISCO
CA 94102-3489

AIR MAIL

AIR MAIL

If undelivered, please return to:

Kareem Khan
Khan House
South Bazaar
Kannur, KL 670 002
INDIA



RECEIVED
FEB 02 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARK B. BUSBY
CLERK OF COURT
UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE
BOX 36060
SAN FRANCISCO
CALIFORNIA 94102-3489
UNITED STATES


AIR MAIL



AIR MAIL