UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ABDUL KAREEM KHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>TWITTER, INC.,<br><br>    Defendant. | Case No. 23-cv-00816-LB<br><br>**ORDER REASSIGNING CASE; REPORT AND RECOMMENDATION TO DISMISS COMPLAINT**<br><br>Re: ECF No. 1 |

The plaintiff, who represents himself and is proceeding in forma pauperis, sued Twitter for emotional distress because a Twitter user who tweets about actress Emma Watson is targeting him, perhaps through bots, thereby "prying" on him.[1] The court issued a screening order to identify the complaint's deficiencies: the allegations are fanciful and do not plausibly plead a claim. The court gave the plaintiff an opportunity amend by July 31, 2023.[2]

The plaintiff did not file an amended complaint. Because all parties must appear and consent to magistrate-judge jurisdiction, the case must be reassigned. *Williams v. King*, 875 F.3d 500, 503–04 (9th Cir. 2017). The court directs the Clerk of Court to reassign the case to a district judge and recommends that the newly assigned district judge dismiss the case with prejudice.

---

[1] Compl. – ECF No. 1 at 4, 6. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Order – ECF No. 17. The court incorporates the earlier order by this reference.

ORDER; R. & R. – No. 23-cv-00816-LB

Any party must serve and file specific written objections to this recommendation within fourteen days after being served with a copy. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2); Civil L.R. 72-3. Failure to file a written objection within the specified time may waive the right to appeal the district court's order.

**IT IS SO ORDERED AND RECOMMENDED.**

Dated: August 10, 2023

_____
LAUREL BEELER
United States Magistrate Judge